# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAY CHEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  25-2438 (UNA) |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

Plaintiff brings this action against the District of Columbia, the States of Maryland, California and Texas, Compl. at 2, and "All Black Perpetrators," *id*. at 3.  She alleges that defendants owe her exorbitant sums of money, *see id.* at 4, 6, without articulating a basis for her claim or defendants' actions giving rise to it.  She attaches copies of a police report, documents pertaining to insurance claims and citations for motor vehicle-related infractions, and other documents, the relevance of which is unclear.

A complaint must contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks.  FED. R. CIV. P. 8(a).  This complaint falls short, as it fails to allege facts supporting a plausible legal claim.

The Court GRANTS plaintiff's application to proceed *in forma pauperis* (ECF No. 2) and DISMISSES the complaint (ECF No. 1) and this civil action without prejudice.

A separate order accompanies this Memorandum Opinion.

DATE: August 11, 2025

/s/
JIA M. COBB
United States District Judge